IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



|  |  |  |
|---|---|---|
| IN RE:  MOTION TO SEAL | ) | CRIMINAL NO.  3:10CR 181 |
| INDICTMENT | ) | |
|  | ) | |

## MOTION TO SEAL

COMES NOW, the United States of America, by counsel, and respectfully moves that

this Court issue an Order sealing this case.

Respectfully submitted

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By:  _____
N. G. Metcalf
Assistant United States Attorney