# United States District Court

Eastern DISTRICT OF Virginia

JUL -2 2010
CLERK, U.S. DISTRICT COURT
RICHMOND VA

## CRIMINAL MINUTES

Proceedings before Magistrate: Lauck   Dated: 7/2/10   Tape: FTR

CRIMINAL CASE No. 10 CR 181

UNITED STATES OF AMERICA

v.

Dennis Harrup, III

: Initial/~~Preliminary~~ Hearing (✓)
: Arraignment/Trial ( )
: Probation/Identity ( )
: Rule 5(a)/Bond Hearing (✓)
: Sentencing ( )
: Other _____ ( )

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Officer-Agency _____

AUSA N. George Metcalf
Counsel Peter Eliades

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MINUTES: Matter came on for bond hearing
Deft advised of charges/penalties and rights
Statements made by gov't
Deft released on his Personal Recognizance.

PRESENTENCE REPORT ORDERED: _____
DEFENDANT RELEASED ON BOND: _____
JUDGMENT: _____
SENTENCE: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Set: 9:00   Case Called: 9:10   Case Ended: 9:14   Total: .04

4