IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:10CR181 (HEH) |
| ) | |
| DENNIS L. HARRUP, III ) | **UNDER SEAL** |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

COMES NOW, the United States of America, by its representative N. George Metcalf, Assistant United States Attorney for the Eastern District of Virginia, and moves for a continuance of the trial in the above-captioned matter which is now scheduled with a jury on October 4, 2010 at 9:30 a.m.

In support of its motion, the Government's representative states:

1. The counsel for the Government, N. G. Metcalf, learned on September 7, 2010 that he must undergo surgery on September 16, and is expected to be out of the office for a period of three weeks. Due to the nature of the surgery, counsel will be unable to lift or stand for a prolonged period of time for at least two months following the surgery.

2. The Government's representative has conferred with defendant's counsel, Peter Eliades, who has authorized the Government's representative to state that the defendant and his counsel have no objection to a continuance in this matter. Further, the defendant in this matter has previously waived his right to speedy trial.

3. The parties suggest that a trial date just prior to or after the Thanksgiving holiday

would be appropriate in this matter should the Court's calendar so allow.

For the above-stated reasons and statements in support thereof, the Government respectfully requests that this matter be rescheduled for trial at a later date.

                       Respectfully submitted,

                       NEIL H. MACBRIDE
                       United States Attorney

By: _____
     N. G. Metcalf
     Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of September, 2010, a copy of the foregoing was sent by telefax and U.S. mail to:

> Peter Eliades, Esq.
> 408 North 6th Avenue
> Hopewell, VA 23860

By: _____
N. G. Metcalf
Assistant United States Attorney